UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TORRANCE McLEMORE,

        Petitioner,

Case No. 1:03-CV-871

v.

Hon. Richard Alan Enslen

MARY BERGHUIS,

**FINAL ORDER**

        Respondent.
_____/

      In accordance with an Opinion entered this date:

      **IT IS HEREBY ORDERED** that Petitioner Torrence McLemore's Objections (Dkt. No. 30) are **DENIED** and the Report and Recommendation (Dkt. No. 29) is **ADOPTED**.

      **IT IS FURTHER ORDERED** that Petitioner Torrence McLemore's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**.

         /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
    October 2, 2006          SENIOR UNITED STATES DISTRICT JUDGE